Albert G. Smith, Appellant, *v.* State of New York, Respondent.

Submitted July 8, 1955; decided July 8, 1955.

*Jacob K. Javits, Attorney-General (Richard H. Shepp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, unless within ten days appellant serves and files the required undertaking on appeal and pays $10 costs, in which events motion denied. We consider the appeal to be taken from the judgment entered in the office of the Clerk of the Court of Claims and disregard as a misdescription the recital contained in the notice of appeal.